IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUGLAS K. TUCKER, for himself
and others similarly situated,

        Plaintiff,

   v.                              3:13CV861 DRH

MILLER & STEENO PC,

        Defendant.

### ORDER REGARDING PRELIMINARY APPROVAL OF
### CLASS ACTION SETTLEMENT AGREEMENT

An agreed motion for preliminary approval of a class action settlement agreement has been filed by plaintiff. (Doc. 35.) In light of that motion, the settlement order previously entered by this Court (Doc. 34) is hereby **VACATED**, with the agreed motion for preliminary approval being considered and ruled upon in due course.

SO ORDERED on this day, October 14, 2014.

Digitally signed by David R. Herndon
Date: 2014.10.14 14:07:11 -05'00'

United States District Court

1