IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUGLAS K. TUCKER, for himself
and others similarly situated,

       Plaintiff,

                                 3:13CV861 DRH

  v.

MILLER & STEENO PC,

       Defendant.

### ORDER GRANTING PRELIMINARY APPROVAL OF
### CLASS ACTION SETTLEMENT AGREEMENT

An agreed motion for preliminary approval of a class action settlement agreement has been filed by plaintiff. (Doc. 35.) After considering that motion, and being fully advised, this Court now GRANTS preliminary approval of that settlement.

This Court FINDS that the settlement class — which includes 99 persons "to whom Miller & Steeno sent a letter seeking payment of a health care debt, in an amount including attorney's fees or expenses, without stating the amount of those fees and expenses, between August 20, 2012 and September 10, 2013" — may be certified for settlement purposes, pursuant to Fed.R.Civ.P. 23(b)(3), as all requirements for certification in Rules 23(a) and 23(b)(3) have been satisfied. This Court further **FINDS** that the proposed notice to class members gives fair notice of the settlement and the rights that settlement class members have regarding it, and satisfies the requirements for Fed.R.Civ.P. 23(c), and of due process.

Notice shall be mailed to class members no later than 28 days from today or, by November 11, 2014. Class members shall have 70 days from today — or, until December 23, 2014 — to enter appearances (either personally or through counsel), to request exclusion from the case, or to object to the settlement.

This case is set for a fairness hearing on **January 21, 2015 at 1:30 p.m.**

The parties are ordered to conform the approved notice to include the dates described in this order, and to otherwise perform under the terms of the settlement.

SO ORDERED on this day, October 14, 2014.

Digitally signed by David R. Herndon
Date: 2014.10.14 14:09:37 -05'00'

United States District Court