**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DOUGLAS K. TUCKER, for himself**
**and others similarly situated,**

          **Plaintiff,**

                                  **13-CV-0861 DRH**

   v.

**MILLER & STEENO PC,**

          **Defendant.**

**FINAL ORDER**

This Court, upon a hearing as to the fairness of a class settlement agreement held on January 21, 2015 (Doc. 39), finding that the settlement is fair and adequate for the reasons stated in the record at that hearing, finding that the notice to class members conformed to the requirements of Fed.R.Civ.P. 23 and due process, finding that the 90-day notice period to state and federal officials required by 28 U.S.C. §1715 has elapsed, being otherwise advised and having jurisdiction, now –

    (1)    **FINALLY APPROVES** the parties class action settlement agreement,

    (2)    **APPROVES** of the relief in the agreement (specifically including the award to class members, the $1,000 incentive award to Douglas Tucker, the payment of $11,200 to class counsel, and the designated *cy pres* recipient),

    (3)    **DIRECTS** the parties to perform under the agreement,

    (4)    **DISMISSES** the claims of plaintiff and the class members with prejudice and without costs (except as agreed upon by the parties),

(5)     **RETAINS** jurisdiction for the purposes of ensuring performance under the agreement for the protection of absent class members, and

(6)     **DIRECTS** the Clerk of this Court to enter judgment reflecting the same and to administratively close this action.

**SO ORDERED on this day June 12, 2015**

Digitally signed by
David R. Herndon
Date: 2015.06.12
10:50:45 -05'00'

**ENTER:**

**United States District Court**