UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DOUGLAS K. TUCKER, for himself
and others similarly situated,

    Plaintiffs,

v.

MILLER & STEENO PC,

    Defendant.                                   No. 13-cv-861-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Notice of Settlement.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 40), entered on June 12, 2015, the Court **APPROVES** of the relief in the agreement (specifically including the award to class members, the $1,000 incentive award to Douglas Tucker, the payment of $11,200 to class counsel, and the designated cy pres recipient), **DISMISSES** the claims of plaintiff and the class members with prejudice and without costs (except as agreed upon by the parties), and **RETAINS** jurisdiction for the purposes of ensuring performance under the agreement for the protection of absent class members. This case is **DISMISSED** with prejudice.

                                   JUSTINE FLANAGAN,
                                   ACTING CLERK OF COURT

                                   BY:     /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.06.12 15:05:21 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT